**Order filed February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-13-00296-CR
_____

**DAVID GLEN MAYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Court Cause No. B-120056-R**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 53.**

The clerk of the 163rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 53, on or before March 7, 2014**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 53, to the clerk of the 163rd District Court.


PER CURIAM